(INND Rev. 8/16)                                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

-FILED-

DEC 02 2019    11/27/19

ROBERT M. ___, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Rovelle Quenton Orange

*[You are the PLAINTIFF, print your full name on this line.]*

v.

United States Steel Corporation,

*[The DEFENDANT is who you are suing.]*

**2:19 CV 0452**

Case Number _____

*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 2545 Promenade Way, Apt. 113
   Portage, Indiana, 46368

2. My telephone number is: (219) - 433-8971

3. The Defendant's address is: 6300 US-12, Portage, In, 46368

_____

4. This action is brought for employment discrimination pursuant to:

   ● Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      *[race, color, gender, religion, national origin]*

   ○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ○ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ○ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the

   Indiana Civil Rights Commission on: June 17, 2019

6. The date on my Notice of Right to Sue letter is: Aug, 27, 2019

7. The date I received my Notice of Right to Sue letter was: Aug, 29, 2019

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 8/16)

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was hired by the Defendent on June 19, 2017. My job title was shift Manager. During my employment, I was subjected to different terms and conditions of employment, including, but not limited to, being directed to discipline black employees, whereas I was not directed to discipline non-black employees known to the Defendent to have committed the same infractions. The Defendent failed to promote me. I was also subjected to racial harassment. I complained to the Defendant to no avail. I took leave of work using FMLA to care for my wife after the birth of our first child. Subsequently, I was demoted and moved to a different department and later on April 8, 2019, I was discharged. I was discriminated against because of my race and later retaliated against for speaking up and using FMLA.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

RELIEF – If you win this case, what do you want the court to order the defendant to do?

_I want the Court to order the defendant to_
_pay me monetary relief, for lost of work and_
_mental distress, and pain and suffering._

DOCUMENTS – I have attached a copy of the following documents:

⬤ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission
or the Indiana Civil Rights Commission

◯ Notice of Right to Sue letter

◯ Other: _____

_____

FILING FEE – Are you paying the filing fee?

⬤ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[*Initial Each Statement*]

_R.C._  I will keep a copy of this complaint for my records.

_R.C._  I will promptly notify the court of any change of address.

_R.C._  I declare **under penalty of perjury** that the statements in this complaint are true.

_Roville_                                                      _11-25-2019_
Signature                                                      Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 440-2019-05060 |

| Indiana Civil Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Rovelle Orange** | **(708) 937-5854** | **1993** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2545 Promenade Way, Portage, IN 46368** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **U.S. STEEL CORPORATION** | **500 or More** | **(219) 762-3131** |

| Street Address | City, State and ZIP Code |
|---|---|
| **6300 U.S. Highway 12, Portage, IN 46368** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | Earliest            Latest |
| [X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION | **04-08-2019** |
| [ ] OTHER *(Specify)* | [ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or about June 19, 2017. My job title was Shift Manager. During my employment, I was subjected to different terms and conditions of employment, including, but not limited to, being directed to discipline Black employees, whereas I was not directed to discipline non-Black employees known to Respondent to have committed the same infractions. Respondent failed to promote me. I was also subjected racial harassment. I complained to Respondent to no avail. Subsequently, I was demoted. On or about April 8, 2019, I was discharged.

I believe that I have been discriminated against because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| | JUN 1 7 2019 |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | CHICAGO DISTRICT OFFICE |
| **Jun 17, 2019**  *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | |

A ∽S , T ᕼ ᴄ,  2 ᖴ

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# DISMISSAL AND NOTICE OF RIGHTS

To: **Rovelle Orange**
**2545 Promenade Way**
**Portage, IN 46368**

From: **Indianapolis District Office**
**101 West Ohio St**
**Suite 1900**
**Indianapolis, IN 46204**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2019-05060 | **Michelle D. Ware,** **Enforcement Supervisor** | **(463) 999-1184** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**AUG 2 7 2019**

Enclosures(s)

**Michelle Eisele,**
**District Director**

*(Date Mailed)*

cc: **Kenneth Bauer, Labor Relations**
**U.S. STEEL CORPORATION**
**1 North Broadway**
**Gary, IN 46402**